DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

APR - 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

MIGUEL H. ILAW

Chapter 13
Case No. 06-3-0071 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $95.09 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|-------|------------------------------|-------------------|
| 012 | CLERK OF THE COURT FOR PATENAUDE & FELIX 4545 MURPHY CANYON RD 3RD FL SAN DIEGO, CA 92123-4363 | $95.09 |

Dated:    April 5, 2011

_____
CECILIA MARCELO
Receipts Administrator